In the Matter of an ATTORNEY, Appellant. GRIEVANCE COMMITTEE FOR THE SEVENTH JUDICIAL DISTRICT, Respondent.

Submitted November 12, 2013; decided January 14, 2014

Motion, insofar as it seeks leave to appeal from the October 23, 2013 Appellate Division order denying the motion to vacate the order of interim suspension, dismissed upon the ground that such order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied. Motion for a stay dismissed as academic.